

1994 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-7-1994

# United States v. One 1973 Rolls Royce

Precedential or Non-Precedential:

Docket 93-1417

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

Recommended Citation

"United States v. One 1973 Rolls Royce" (1994). *1994 Decisions.* Paper 211.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/211

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

_____

NO. 93-1417

_____


UNITED STATES OF AMERICA,

                              Appellee
            v.

ONE 1973 ROLLS ROYCE, V.I.N. SRH-16266,
(by and through Claimant Oscar B. Goodman),

                              Appellant

_____


NATIONAL ASSOCIATION OF CRIMINAL
        DEFENSE LAWYERS,

                              Amicus-curiae

_____


On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 90-01487)

_____


Argued: December 6, 1993

Before: BECKER, NYGAARD, and WEIS, Circuit Judges.
      Opinion Filed:  November 25, 1994



            MICHAEL R. STILES
            United States Attorney
            WALTER S. BATTY, JR.
            Assistant U.S. Attorney
            Chief of Appeals
            JOEL M. FRIEDMAN
            Assistant U.S. Attorney
            FRANK A. LABOR, III (ARGUED)
            Assistant U.S. Attorney
            615 Chestnut Street

Philadelphia, PA  19106

Attorneys for Appellee
United States of America

DAVID CHESNOFF, ESQUIRE (ARGUED)
Goodman & Chesnoff
520 South Fourth Street
Las Vegas, Nevada  89101

STEPHEN STEIN, ESQUIRE
520 South Fourth Street
Las Vegas, Nevada  89101

ROBERT E. MURDOCK, ESQUIRE
Murdock & Palazzo
520 South Fourth Street
Las Vegas, Nevada  89101

Attorneys for Appellant
One 1973 Rolls Royce
VIN SRH-16266


PETER GOLDBERGER, ESQ. (ARGUED)
50 Rittenhouse Place
Ardmore, PA   19003-2276

Attorney for Amicus-curiae
National Association of
Criminal Defense Lawyers

---

## ORDER AMENDING OPINION

---

The opinion in the above-captioned case filed November 25, 1994, is amended as follows:

1.  On page 4, the beginning second sentence should read as follows:

Nicodemo Scarfo, Sr., a co-defendant of Goodman's former clients (and at one time . . .)

2. On page 9, first paragraph after Section IIA, the date should be January 1986.

3. On page 11, first full paragraph, delete the word "unexpected" on the first line. In the second paragraph, on the first line replace "Eventually" with "Meanwhile," and add the word "had" before convinced. In the last sentence, replace the phrase "counter-surveillance equipment" with "surveillance devices."

4. On page 29 within footnote 17, last paragraph, in penultimate sentence, add the word "absolute" before "Sixth Amendment."

5. On page 36, in the paragraph after the indentation, in the first sentence, replace "any one" with "either."

BY THE COURT:


/s/ Edward R. Becker
Circuit Judge


DATED: December 7, 1994